

## Contract for Photographic Services

To: The Ice Palace Arena

The following is an outline of the terms and conditions under which G. Mitchell Davis accepts and will complete the assignment to produce photographs of events for the Ice Palace Arena.

### Fees and Expenses:

The Ice Palace agrees to pay the sum of $150.00 per event for his photographic services. This sum is for a four-hour event. Events running longer than 4 hours will be billed at the rate of $20.00 per hour. In addition the Ice Palace will be billed the cost of film and processing for all film used for an assignment. The Ice Palace agrees to pay said amount within **30 days** from the date on the invoice. Any invoices pass due at 60 days will be rebilled at an increase of 25%.

### Ownership of Images:

The Ice Palace agrees that the ownership and copyright remains that of G. Mitchell Davis. All images are copyrighted by G. Mitchell Davis and will remain so. Photo credit will be given when applicable.

### Reproduction Rights:

The rights for reproduction granted by this contract allows the Ice Palace limited use of images. G. Mitchell Davis grants the Ice Palace the rights to reproduce images for newsletter, advertising, display prints, broadcast and the Ice Palace web site.

The Ice Palace agrees to allow G. Mitchell Davis the right to use images from their events for use in his portfolio, web site and for composites. These images are to be use as a sample of his work only. G. Mitchell Davis agrees that all images photographed at the Ice Palace are not for sale without their permission.

**EXHIBIT 1**

**Reproduction Restrictions:**

The Ice Palace agrees not to resell any images without permission of G. Mitchell Davis. Posters for sell and resale of image is not allowed without permission of G. Mitchell Davis. Any use by a third party other than the Ice Palace's ad agencies is not allowed with out permission of G. Mitchell Davis.

**Additional Items:**

The Ice Palace agrees to contact each performer prior to their arrival at the venue and inform them regarding the photographic services of G. Mitchell Davis.

For security purposes and easy access to his equipment the Ice Palace agrees to allow G. Mitchell Davis to park in the VIP east parking lot. The Ice Palace agrees to supply the photographer with either parking passes prior to an event or a letter stating the agreement to park in the VIP parking lot.

G. Mitchell Davis

*[signature: G. Mitchell Davis]*

Signed and Accepted by:

*[signature]*

SEAN FLYNN