# G. Mitchell Davis
## Contract for Photographic Services

To: The St. Pete Times Forum

The following is an outline of the terms and conditions under which G. Mitchell Davis accepts and will complete the assignment to produce photographs of events for the St. Pete Times Forum.

**Fees and Expenses:**

The St. Pete Times Forum agrees to pay Mitchell Davis the sum of $350.00 per event for his photographic services. This sum is for a four-hour event. Events running longer than four hours will be billed at the rate of $130.00 per hour. In addition, the St. Pete Times Forum will be billed the cost of materials used and all processing for an assignment. The St. Pete Times Forum agrees to pay said amount within 30 days from the date of the invoice. Any invoices more than 60 days past due will be re-billed at an increase of 25%.

Ownership of Images:

The St. Pete Times Forum agrees that the ownership and copyright remains that of G. Mitchell Davis. All images are copyrighted by G. Mitchell Davis and will remain so. Photo credit will be given where applicable.

Reproduction Rights:

The rights for reproduction granted by this contract allows the St. Pete Times Forum limited use of images. G. Mitchell Davis grants the St. Pete Times Forum the right to reproduce images for use in the newsletter, advertising, display prints, broadcast and the venue website.

The St. Pete Times Forum agrees to allow G. Mitchell Davis the right to use images from their events for use in his portfolio, website and for composites. Theses images are to be used as a sample of his work only. G. Mitchell Davis agrees that all images photographed at the St. Pete Times Forum are not for sale without their permission.

**Reproduction Restrictions:**

The St. Pete Times Forum agrees not to resell any images without the permission of G. Mitchell Davis. Any use by a third party other than the St. Pete Times Forum's ad agencies is not allowed without permission from G. Mitchell Davis.

**Additional Items:**

For security purposes and to allow ease of access to his equipment, the St. Pete Times Forum agrees to allow G. Mitchell Davis to park in the VIP east parking lot. The St. Pete Times Forum agrees to supply the photographer with parking passes prior to an event, a

**EXHIBIT 2**

letter stating the parking agreement, or to supply his name for the parking attendant's list prior to the event.

G. Mitchell Davis

Holly Brown