# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**G. MITCHELL DAVIS,**

      **Plaintiff,**

**v.**                                              **Case No.  8:12-cv-60-T-30MAP**

**TAMPA BAY ARENA, LTD.,**
**d/b/a St. Pete Times Forum,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Reconsideration of the Court's Order on Defendant's Motion for Attorney's Fees (Dkt. 126) and Plaintiff's Response in Opposition (Dkt. 127). The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be denied.

As the Court noted in its order (Dkt. 115), in copyright cases, the decision to award attorney's fees is within the Court's sound discretion. After considering the relevant factors on this issue, the Court concluded that an award of fees was inappropriate. Defendant's motion does not offer any valid basis that would warrant reconsideration. It is nothing more than the quintessential second bite of the apple. It is therefore ORDERED AND

ADJUDGED that Defendant's Motion for Reconsideration of the Court's Order on Defendant's Motion for Attorney's Fees (Dkt. 126) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies furnished to:</u>**
Counsel/Parties of Record

S:\Even\2012\12-cv-60.mtreconsideration.wpd